**Dismissed and Memorandum Opinion filed August 29, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00529-CV

## ASHLEY CAMPBELL AND BRANDON RICHEY, Appellants

## V.

## MELANIE WALKER, Appellee

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-12189**

## MEMORANDUM OPINION

This is an attempted appeal. Appellant filed a notice of appeal on July 21, 2023. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc.*

*v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). There is no appealable order or judgment in the record before this court.

On August 2, 2023, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before August 14, 2023. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.